## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Zet Wadu, et al.

                    Plaintiff,

v.                                               Case No.: 1:22−cv−04896

                                                            Honorable John F. Kness

The Boeing Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

    MINUTE entry before the Honorable John F. Kness: Before the Court is the parties' agreed motion to stay proceedings [16]. In the light of Boeing's pending motion to consolidate this case with 21−cv−01475, the parties' agreed motion to stay proceedings is granted. Plaintiffs' motion to remand [14] is entered and continued. The status hearing set for 11/29/2022 is stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.